

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| BRETT M. SCHMASOW,<br><br>                      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                      Defendant. | No. CV-09-65-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendations[1] on January 11, 2010. Plaintiff filed objections on January 25, 2010[2]. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 18

[2] Document No. 19

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Motion for Summary Judgment[3] is DENIED.

2. Defendant's Motion for Summary Judgment[4] is GRANTED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 1st day of February, 2010.

SAM E. HADDON
United States District Judge

---

[3] Document No. 11

[4] Document No. 14